UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE BRAGG, AS TRUSTEE, et al.,

          Plaintiffs,

  -against-

BOSTON BUILDING MAINTENANCE, LLC,

          Defendant.

22-CV-09340 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiffs filed their Complaint on November 1, 2022, (Dkt. 1), and on November 11, 2022, served defendant Boston Building Maintenance, LLC (BBM), making its answer due December 2, 2022. (Dkt. 7.) On that date, plaintiffs timely filed a letter granting defendant an extension of time, until January 3, 2023, to respond to the Complaint. That date has now passed, but BBM has not appeared, no answer has been filed, and no further extension requests have been made.

    It is hereby ORDERED that, if BBM has not answered or otherwise responded to the Complaint before **January 13, 2023**, plaintiffs shall, on that date, either request a certificate of default or show cause why this action should not be dismissed for failure to prosecute.

    It is further ORDERED that plaintiffs shall serve a copy of this order by mail on BBM.

Dated: New York, New York
       January 5, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**